United States District Court
District of Connecticut
FILED AT NEW HAVEN
Jul 15th, 2020
Roberta D. Tabora, Clerk
By /AL
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
N-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR 110 (SRU-RMS) |
| v. | VIOLATION: |
| TYROME SAWYER,<br>    also known as "Tyrone Sawyer"<br>    and "Crack" | 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Unlawful Possession of Firearm by a Felon) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Unlawful Possession of a Firearm by a Felon)

1. On or about April 19, 2019, in the District of Connecticut, the defendant TYROME SAWYER, also known as "Tyrone Sawyer" and "Crack," having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, that is: (1) Carrying a Pistol or Revolver without a Permit in violation of Conn. Gen. Stat. § 29-35, on or about September 11, 2007; (2) Carrying a Pistol or Revolver without a Permit in violation of Conn. Gen. Stat. § 29-35, on or about August 13, 2009; (3) Criminal Possession of a Pistol or Revolver in violation of Conn. Gen. Stat. § 53a-217c, on or about August 13, 2009; (4) Escape in violation of Conn. Gen. Stat. § 53a-169, on or about February 22, 2011; (5) Sale of Hallucinogen or Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a), on or about October 9, 2012; (6) Possession with Intent to Sell Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a), on or about October 9, 2012; and (7) Criminal Possession of a Firearm in violation of Conn. Gen. Stat. § 53a-217, on or about July 25, 2016, did knowingly possess a firearm in and affecting commerce, that is, a Hi-Point model 995, 9mm carbine rifle with

an obliterated serial number, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION
(Firearms Offense)

2.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant TYROME SAWYER, also known as "Tyrone Sawyer" and "Crack," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Hi-Point model 995, 9mm carbine rifle and ammunition seized on or about April 19, 2019.

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

BRENDAN J. KEEFE
ASSISTANT UNITED STATES ATTORNEY